**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6147**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

      v.

GREGORY UZZELL,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (4:04-cr-00076-FL-1; 4:12-cv-00185-FL)

_____

Submitted: June 30, 2014           Decided: July 17, 2014

_____

Before DUNCAN and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory Uzzell, Appellant Pro Se. Thomas B. Murphy, Assistant United States Attorney, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina; Imelda Jean Pate, OFFICE OF THE DISTRICT ATTORNEY, Kinston, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Uzzell appeals the district court's order dismissing his 28 U.S.C. § 2255 (2012) motion as untimely and barred by the appellate waiver in his plea agreement. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Uzzell's informal brief does not challenge the bases for the district court's disposition of his § 2255 motion, Uzzell has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED